ELVIRA VICK, as Administratrix, etc., Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

(Argued January 31, 1887; decided February 11, 1887.)

*William S. Oliver* for appellant.

*Edward Harris* for Respondent

Agree to affirm ; no opinion.

All concur except RUGER, Ch. J., and DANFORTH, J., not voting.

Judgment affirmed.